IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SEYBERT successor in interest to ESOR, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | Civil Action No. 05-916 |
| THOMAS W. PETRARCA CORP. T/D/B/A THOMAS W. PETRARCA, INC. | Judge Gary L. Lancaster |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through counsel, do hereby stipulate that claims and counterclaims in this matter be dismissed with prejudice. The parties further stipulate that the Court shall close this case.

/s/ James R. Hankle
James R. Hankle, Esq.
Attorney For Plaintiff

/s/ Wayne M. Chiurazzi
Wayne M. Chiurazzi, Esq.
Attorney For Defendant

## ORDER

AND NOW, this 15th day of Nov, 2006, it is so ordered.

_____
United States District Judge